UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANAZ DERAKHSHANI JAN,<br>Plaintiff,<br>-against-<br>DONALD J. TRUMP, individually, ET AL,<br>Defendants. | 26-CV-5414 (LTS)<br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action under the civil RICO statute. The Court dismisses the complaint without prejudice for the following reasons.

One day after Plaintiff filed this complaint, she submitted the identical complaint with additional attachments. *See Jan v. Trump*, No. 26-CV-5417 (LTS) ("*Jan I*").[1] A plaintiff generally has no right to maintain multiple actions "involving the same subject matter at the same time" and "against the same" defendants. *Adams v. Calif. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007), *overruled on other grounds by Taylor v. Sturgell*, 553 U.S. 880, 904 (2008). District courts thus have discretion to dismiss duplicative actions. *Id.*; *see also Humphrey v. Ct. Clerk ex rel. U.S. Sup. Ct.*, No. 5:11-CV-0938, 2012 WL 264603, at *3 (N.D.N.Y. Jan. 30, 2012) (holding that "dismissal of an action as duplicative has been found to fall within the ambit of the Court's power to dismiss a complaint . . . pursuant to 28 U.S.C. § 1915(e)").

As this complaint raises the same claims that Plaintiff raised in *Jan I,* no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice.

[1] The three documents attached to this complaint are also attached to the *Jan I* complaint.

## CONCLUSION

The Court dismisses this complaint without prejudice as duplicative of the complaint filed in 26-CV-5417 (LTS).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter a judgment of dismissal without prejudice.

SO ORDERED.

Dated: August 3, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge